■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL TORRES, Appellant. [50 NYS3d 265]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Laura Ward, J.), rendered January 25, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Richter, Andrias, Webber and Gesmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL GREENE, Appellant. [50 NYS3d 265]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, Bronx County (Steven L. Barrett, J.), rendered October 27, 2015, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Sweeny, J.P., Richter, Andrias, Webber and Gesmer, JJ.